# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

KEITH L. ROBINSON,

        Petitioner,        Case No. 03-C-901

        v.

UNITED STATES OF AMERICA,

        Respondent.

## OPINION AND ORDER

Having reviewed the submissions of Petitioner Keith Robinson, the court ORDERS that his "Ex Parte Request for Reconsideration Re Motion to Vacate, Set Aside and/or Correct Pursuant to 28 U.S.C. § 2255" (filed June 23, 2006) IS DENIED. Judgment in this action was entered on June 2, 2006. Nothing filed by Robinson post-judgment persuades the court to change its opinion that he received ineffective assistance of counsel.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 26th day of June, 2006.

        s/ Thomas J. Curran
        Thomas J. Curran
        United States District Judge